UNITED STATES of America, Plaintiff–Appellee,

v.

Terry Antonio LEATH, Defendant–Appellant.

No. 01–7018.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Terry Antonio Leath, pro se. Angela Hewlett Miller, Office of the United States Attorney, Greensboro, NC, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Terry Antonio Leath seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Leath,* Nos. CR–97–78; CA–00–730–1 (M.D.N.C. May 17,

---

* We note that Leath's claim that his sentence violates the holding in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed in light of our recent determination that *Apprendi* is not retroactively applicable to cases on collateral review. *See United States v. Sanders,* 247 F.3d 139 (4th Cir.2001).

2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*